*E-Filed: April 3, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN REYES; et al., | No. C15-01109 HRL |
| Plaintiffs, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | |
| NATIONSTAR MORTGAGE LLC, | |
| Defendant. | |

On March 17, 2015, Defendant moved to dismiss Plaintiffs' complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than April 1, 2015, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite a reminder from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. *See* 28 U.S.C. § 636; Civ. L.R. 73-1. All current dates and deadlines are VACATED.

**IT IS SO ORDERED.**

Dated: April 3, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C15-01109 HRL Order will be electronically mailed to:**

Thomas Nathaniel Abbott    tna@severson.com, dgl@severson.com, jc@severson.com, tnl@severson.com

Timothy Andrew Pupach    tim@pupachlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2