United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MARTIN REYES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>    Defendant. | Case No.  15-CV-01109-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |
|---|---|

The parties have failed to file a Joint Case Management Statement 7 days in advance of the initial case management conference set for July 30, 2015 at 1:30 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, July 27, 2015, at 10 a.m.

**IT IS SO ORDERED**.

Dated: July 24, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 15-CV-01109-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT