UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN REYES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>    Defendant. | Case No.15-CV-01109-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney: Timothy Pupach
Defendant's Attorney: Thomas Abbott

An initial case management conference was held on July 30, 2015. A further case management conference is set for November 4, 2015, at 2:00 p.m. The parties shall file their joint case management statement by October 28, 2015. In their joint case management statement, the parties shall address whether this case should proceed by way of a jury trial or bench trial.

Defendant intends to file a declination to proceed before a U.S. Magistrate Judge on July 31, 2015.

The further settlement conference status phone call with U.S. Magistrate Judge Cousins shall remain as scheduled on September 8, 2015 at 2 p.m.

The parties shall serve initial disclosures by August 13, 2015. The limits on discovery imposed in the Federal Rules of Civil Procedure shall govern this case.

1

Case No. 15-CV-01109-LHK
CASE MANAGEMENT ORDER

The Court set the following case schedule:

FACT DISCOVERY CUTOFF: April 15, 2016

EXPERT DISCOVERY:
    Opening Reports: April 29, 2016
    Rebuttal Reports: May 13, 2016
    Close of Expert Discovery: May 27, 2016

DISPOSITIVE MOTIONS shall be filed by June 9, 2016, and set for hearing no later than July 14, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: September 1, 2016, at 1:30 p.m.

JURY TRIAL: September 26, 2016, at 9:00 a.m.  Trial is expected to last four days.

**IT IS SO ORDERED.**

Dated: July 30, 2015

_____
LUCY H. KOH
United States District Judge