United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN REYES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC, <br><br> Defendant. | Case No. 15-CV-01109-LHK <br><br> **ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for November 19, 2015, at 1:30 p.m. *See* Civ. L.R. 16-10(d). The parties are ORDERED to file one Joint Case Management Statement by November 17, 2015, at 10:00 a.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED.**

Dated: November 13, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-01109-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT