UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN REYES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>    Defendant. | Case No. 15-CV-01109-LHK<br><br>**ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT AND WARNING REGARDING SANCTIONS** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for January 27, 2016, at 2:00 p.m.  *See* Civil L.R. 16-10(d). The parties are ORDERED to file one Joint Case Management Statement by January 26, 2016, at 10:00 a.m.  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process."  *Id.*

Additionally, this is the third time that the parties have failed to file a timely Joint Case Management Statement.  *See* ECF No. 21 ("July 24, 2015 Order"); ECF No. 33 ("November 13, 2015 Order").  The Court warns the parties that continued and repeated failure to submit required filings in a timely manner may result in sanctions.

1
Case No. 15-CV-01109-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT AND WARNING REGARDING SANCTIONS

**IT IS SO ORDERED.**

Dated: January 22, 2016

_____
LUCY H. KOH
United States District Judge