UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN REYES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>    Defendant. | Case No. 15-CV-01109-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference, currently set for January 27, 2016, at 2:00 p.m., is hereby CONTINUED to April 20, 2016, at 2:00 p.m. The parties shall file a joint case management statement by April 13, 2016. As noted in the Court's January 22, 2016 Order, ECF No. 39, failure to submit a timely joint case management statement may result in sanctions.

In addition, although the parties state that they granted each other a "brief informal stay of discovery" in order to discuss settlement of the instant action, ECF No. 40 at 6, the Court emphasizes that there is no and will be no discovery stay in this case. There will also be no extensions of the case schedule. Accordingly, the case schedule remains as set. For the convenience of the parties, the case schedule is set forth below:

| Scheduled Event | Date |
|---|---|
| Fact Discovery Cutoff | April 15, 2016 |
| Opening Expert Reports | April 29, 2016 |
| Rebuttal Expert Reports | May 13, 2016 |
| Close of Expert Discovery | May 27, 2016 |
| Deadline to File Dispositive Motions | June 9, 2016 |
| Hearing on Dispositive Motions | July 14, 2016, at 1:30 p.m. |
| Final Pretrial Conference | September 1, 2016, at 1:30 p.m. |
| Jury Trial | September 26, 2016, at 9:00 a.m. |
| Trial Length | 2 days |

**IT IS SO ORDERED.**

Dated:  January 26, 2016

_____
LUCY H. KOH
United States District Judge