UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| MARTIN REYES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>　　　　　Defendant. | Case No. 15-CV-01109-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference, currently scheduled for April 20, 2016, at 2:00 p.m., is hereby CONTINUED to July 14, 2016, at 1:30 p.m. The parties shall file a joint case management statement by July 7, 2016.

The case schedule remains as set, with the exception that trial is now expected to last only two days in light of the Court's November 12, 2015 Motion to Dismiss Order. For the convenience of the parties, the case schedule is set forth below:

| Scheduled Event | Date |
|---|---|
| Fact Discovery Cutoff | April 15, 2016 |
| Opening Expert Reports | April 29, 2016 |
| Rebuttal Expert Reports | May 13, 2017 |

1

Case No. 15-CV-01109-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

| Close of Expert Discovery | May 27, 2016 |
| --- | --- |
| Last Day to File Dispositive Motions (one per side in the entire case) | June 9, 2016 |
| Hearing on Dispositive Motions and Further Case Management Conference | July 14, 2016, at 1:30 p.m. |
| Final Pretrial Conference | September 1, 2016, at 1:30 p.m. |
| Jury Trial | September 26, 2016, at 9:00 a.m. |
| Length of Trial | 2 days |

**IT IS SO ORDERED.**

Dated:  April 14, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2
Case No. 15-CV-01109-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE