UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN REYES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>    Defendant. | Case No. 15-CV-01109-LHK<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 49 |

On May 24, 2016, U.S. Magistrate Judge Nathanael Cousins, to whom this matter was referred for a settlement conference, reported that the instant action had settled, and that a stipulation of dismissal would be filed by June 30, 2016. As of today, July 1, 2016, no such stipulation of dismissal has been filed.

Accordingly, the Court ORDERS the parties to file a stipulation of dismissal by July 5, 2016, or in the alternative a statement explaining why the parties can not file a stipulation of dismissal. The June 9, 2016 deadline to file dispositive motions has now passed, and the parties may not now file dispositive motions. The hearing date reserved for the parties' dispositive motions—July 14, 2016, at 1:30 p.m.—is thus VACATED. The pretrial conference, set for September 1, 2016, at 1:30 p.m., and jury trial, set to begin on September 26, 2016, at 9:00 a.m.,

1  remains as set.

2  **IT IS SO ORDERED.**

3  Dated: July 1, 2016

_____
LUCY H. KOH
United States District Judge